# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 25, 2008

Charles R. Fulbruge III
Clerk

No. 08-10190
Summary Calendar

LYNDA MARQUARDT,

                                        Plaintiff-Appellant,

v.

MICHAEL O. LEAVITT,
Secretary, Department of Health & Human Services,

                                        Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Texas
No. 3:06-CV-893

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Lynda Marquardt appeals a summary judgment entered in her title VII case.  She mainly contends the district court should not have dismissed her

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

claims of age and sex discrimination for failure to initiate her administrative remedies within the required period of time.  For the most part, however, she appears to acknowledge that her argument for timeliness is foreclosed by Rowe v. Sullivan, 967 F.2d 186 (5th Cir. 1992), on which the district court properly relied.  On her retaliation claim, the district court correctly concluded that Marquardt failed to show a causal link between her protected activity and the adverse employment action.

The district court issued a comprehensive and persuasive Memorandum Opinion and Order.  The summary judgment is AFFIRMED, essentially for the reasons given by the district court.